## IN THE COMMONWEALTH COURT OF PENNSYLVANIA

Freedom Bey, : 
               Appellant : 
           : 
          v. :      No. 120 C.D. 2020
           : 
Commonwealth of Pennsylvania, : 
Department of Corrections d/b/a : 
State Correctional Institution at : 
Somerset a/k/a SCI-Somerset : 

**PER CURIAM**                 **O R D E R**

NOW, February 10, 2022, having considered Appellant's application for reargument and Appellee's answer in response thereto, the application is denied.